IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CAMERON BRASWELL, PLAINTIFF
ADC #123588

v. No. 5:14CV00161-JLH-JTK

NURSE BROWN, et al. DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants Brazell, Williams, Huff, Evans, and Green are DISMISSED from this action, with prejudice.

IT IS SO ORDERED this 8th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE